In the Interest of J.N.L. Juvenile Officer, Respondent,

v.

E.L. (Natural Mother) Appellant.

No. WD 52876.

Missouri Court of Appeals, Western District.

June 10, 1997.

Dale Godfrey, Kansas City, for J.N.L.

Lori Stipp, Kansas City, for Juvenile Officer.

Robert Schieber, Kansas City, for appellant.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### *ORDER*

PER CURIAM.

The trial court found clear, cogent and convincing evidence that it the parental rights of E.L. to J.N.L. be terminated, pursuant to 211.447.2(3) RSMo 1994. Affirmed. Rule 84.16(b).